## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

   v.                      :      **CRIMINAL NO. 25-239**

**MATTHEW CAROLUZZI**        :
**MATT'S HEAVY DUTY MOBILE**
**DIAGNOSTICS LLC**         :
    **a/k/a "Matt's HD"**

## ORDER

AND NOW, this 5th day of February, 2026, on the unopposed motion of the United States to dismiss the indictment with respect to both named defendants, Matthew Caroluzzi and Matt's Heavy Duty Mobile Diagnostics LLC ("Matt's HD"), pursuant to Federal Rule of Criminal Procedure 48(a), the motion is GRANTED. The indictment against both defendants is DISMISSED with prejudice.

BY THE COURT:


*/s/ Paul S. Diamond*
_____
**HONORABLE PAUL S. DIAMOND**
Judge, United States District Court